**FAEGRE DRINKER BIDDLE & REATH LLP**
MICHAEL JAEGER (SBN 289364)
*michael.jaeger@faegredrinker.com*
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Telephone: (310) 500-2090
Facsimile: (310) 500-2091

Attorneys for Defendants
SUPERVALU, INC. and
UNIFIED GROCERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY DELANO,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIFIED GROCERS, INC., aka Unified Western Grocers, a California corporation; SUPERVALU, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 2:19-cv-00225-TLN DB<br><br>Hon. Troy L. Nunley<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO ANSWER COMPLAINT**<br><br>Complaint served:    March 5, 2019<br>Current response date: March 10, 2020<br>New response date:   March 16, 2020 |

## ORDER

The Court, having reviewed the parties' joint stipulation and finding good cause therefor, hereby orders as follows:

1. Defendants will file their answer to the Complaint in this action on or before March 16, 2020.

**IT IS SO ORDERED.**

Dated: March 11, 2020

_____
Troy L. Nunley
United States District Judge